| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | DONALD A. WALKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-po-00360 SAB |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE STATUS** |
| | ) **CONFERENCE; ORDER** |
| vs. | ) |
| DONALD A. WALKER, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Donald A. Walker, that the status conference currently scheduled for March 1, 2018, at 10:00 a.m., may be moved to April 20, 2018, at 10:00 a.m.

Mr. Walker is actively working to resolve a state court matter. This matter will not be resolved by March 1, 2018. Mr. Walker requests additional time to resolve his state court matter. Mr. Walker does not have any failures to appear in this matter. There is no reason to believe that Mr. Walker would not appear if this matter was continued to April 20, 2018.

///

///

///

-1-

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 27, 2018        */s/ Darin Rock*
                               DARIN ROCK
                               Special Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 27, 2018        */s/ Andrew Wong*
                               ANDREW WONG
                               Assistant Federal Defender
                               Attorney for Defendant
                               DONALD A. WALKER

## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for March 1, 2018, at 10:00 a.m., is hereby continued to April 20, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**February 28, 2018**__

UNITED STATES MAGISTRATE JUDGE