| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | DONALD A. WALKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-po-00360 SAB |
|---|---|
| Plaintiff, | ) **STIPULATION TO ADVANCE STATUS** |
| | ) **CONFERENCE; ORDER** |
| vs. | ) |
| | ) Date: April 5, 2018 |
| DONALD A. WALKER, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Stanley A. Boone |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Donald A. Walker, that the status conference currently scheduled for April 20, 2018, at 10:00 a.m., may be advanced to April 5, 2018, at 10:00 a.m.

Mr. Walker has a tentative resolution to his state court matter. He wishes to resolve his federal matter before his next state court hearing on April 13, 2018.

///

///

///

///

///

Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: March 12, 2018                    */s/ Darin Rock*
                                        DARIN ROCK
                                        Special Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 12, 2018                    */s/ Andrew Wong*
                                        ANDREW WONG
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DONALD A. WALKER


## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for April 20, 2018, at 10:00 a.m., is hereby advanced to April 5, 2018, at 10:00 a.m. Defendant is ordered to appear on April 5, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **March 13, 2018**

                                        UNITED STATES MAGISTRATE JUDGE