| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
DONALD A. WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00360-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | |
| DONALD A. WALKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Donald A. Walker, that the parties request that the Court continue the review hearing in this matter to March 7, 2019 and continue the deadline for his status report to February 21, 2019.

Mr. Walker is currently serving a state sentence at Fresno County Jail. His expected release date is February 23, 2019; however, he has a state parole and a federal hold. Because he is still serving state time, it is unlikely that he will be brought to federal court for his review hearing on February 7, 2019. Moreover, the parties are interested in what action (if any) the state judge will take for the alleged parole violation. Accordingly, the parties agree that in light of Mr. Walker's status and his inability to appear in court on February 7, the initial review hearing in this matter should be continued to March 7, 2019 at 10:00 a.m. and that deadline for his status report be continued to February 21, 2019.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 24, 2019

*/s/ Michael Tierney*
Michael Tierney
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
DONALD A. WALKER

## **O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the February 7, 2019 review hearing for Donald A. Walker, Case No. 1:17-po-00360-SAB, is continued to March 7, 2019 at 10:00 a.m. The status report must be submitted two weeks prior, by February 21, 2019. The Court notes that there already exists an outstanding federal arrest warrant.

IT IS SO ORDERED.

Dated: __**January 24, 2019**__

UNITED STATES MAGISTRATE JUDGE