# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DONALD A WALKER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:17PO00360-1**<br>Defendant's Attorney: Hope Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to amended violation of charge __ONE__ as alleged in the violation petition filed on __7/27/2018__.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:
**See next page.**

The court: [✓] revokes: [✓] modifies: [ ] continues under same conditions of supervision heretofore ordered on __4/5/2018__.

    The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charges __2 & 3__ are dismissed.

    **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**2/25/2019**
Date of Imposition of Sentence
/s/ Barbara A. McAuliffe
Signature of Judicial Officer
**Barbara A. McAuliffe**, United States Magistrate Judge
Name & Title of Judicial Officer
2/26/2019
Date

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| ONE | On May 9, 2018 in Fresno County Superior Court defendant entered a plea of no contest to a misdemeanor violation of California Penal Code section 236, False Imprisonment with Violence. | April 30, 2018 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>3 days (to be released on 2/27/2019)</u>.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The court makes the following recommendations to the Bureau of Prisons:

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
    - [ ] at ___ on ___.
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] before ___ on ___.
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.

    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

United States Marshal

_____

By Deputy United States Marshal

# PROBATION

The defendant is hereby sentenced to probation for a term of :
12 months to expire February 25, 2020.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant shall complete the 1-year Rescue Mission residential treatment program; the Defendant shall have enrolled immediately upon release.
3. The Defendant is ordered to personally appear for a **Probation Review Hearing on August 14, 2019 at 2:00 pm before U.S. Magistrate Judge Barbara A. McAuliffe**.